**Charles Lewis X. SHANNON, Appellant,**

v.

**Frank SANCEGRAW; Michael J. Layden; Craig Hufford; Sharon Rhodes, C.O.; Brenda Gibson; Morgan Warren, C.O. I; Kim Ratcliff, C.O.; Extraction Team, John Doe, Appellees.**

No. 03–1385.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 5, 2003.

Decided Dec. 11, 2003.

Charles Lewis X. Shannon, pro se, Jefferson City, MO, Plaintiff–Appellant.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

**PER CURIAM.**

Missouri inmate Charles Lewis X. Shannon appeals the district court's [1] preservice dismissal without prejudice of his 42 U.S.C. § 1983 action for failure to comply with the court's order. Having carefully reviewed the record, we conclude the district court did not abuse its discretion. *See Edgington v. Mo. Dep't of Corrs.,* 52 F.3d 777, 779–80 (8th Cir.1995) (district court did not abuse its discretion in dismissing prisoner's pro se complaint without prejudice where prisoner failed to comply with court's order to plead specifically how each defendant violated his rights).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Shannon's pending motion.